AO 456 (Rev.5/85) Notice

# United States District Court
### Western District of Pennsylvania

## NOTICE
### RESCHEDULING CONFERENCE

DEBORAH A. MILLER
    v.                                                                       2:14cv525
EQUIFAX INFORMATION SERVICES LLC et al.         Electronic Filing

TYPE OF CASE:
           XX   CIVIL                                         CRIMINAL

_____  TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Honorable David Stewart Cercone | Courtroom No. 7A |
| Suite 7270, U.S.P.O. and Courthouse | |
| 700 Grant Street | DATE AND TIME |
| Pittsburgh, PA  15219 | |

TYPE OF PROCEEDING

### INITIAL CASE MANAGEMENT CONFERENCE

**XX**   TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below (at the request of counsel for defendant):

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| Honorable David Stewart Cercone | | |
| Suite 7270, U.S.P.O. and Courthouse | Friday, August 29, 2014 | **Monday, September 15, 2014** |
| 700 Grant Street | at 11:30 a.m. | **at 11:45 a.m.** |
| Pittsburgh, PA  15219 | | |

                                                                    Robert V. Barth, Jr.
                                                                    Clerk of Court

DATE: August 7, 2014                                             s/ Nancy J. Trapani
                                                                           (BY) Deputy Clerk

cc:     Clayton S. Morrow, Esquire
           John H. Goolsby, Esquire
           Ronald F. Brien, Jr., Esquire
           Kendall W. Carter, Esquire
           Jeffrey Immel, Esquire
           Andrew M. Lehmann, Esquire
           Justin T. Walton, Esquire
           Matthew M. Pavlovich, Esquire
           Michael R. Pfeuffer, Esquire

(*Via CM/ECF Electronic Mail*)